UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-084-CR-LENARD(s)(s)(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EVELYN CECILIA BOZON PAPPA,

    Defendant.
_____/

## VERDICT

### Count I

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

    Not Guilty _____

    Guilty _____✓_____

as to Count I of the Indictment.

### Count II

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

    Not Guilty _____

    Guilty _____✓_____

as to Count II of the Indictment.

### Count III

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

    Not Guilty _____

    Guilty _____✓_____

as to Count III of the Indictment.

### Count IV

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

Not Guilty _____

Guilty _____ ✓ _____

as to Count IV of the Indictment.

### Count V

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

Not Guilty _____

Guilty _____ ✓ _____

as to Count V of the Indictment.

### Count VI

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

Not Guilty _____

Guilty _____ ✓ _____

as to Count VI of the Indictment.

### Count VII

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

Not Guilty _____

Guilty _____ ✓ _____

as to Count VII of the Indictment.

### Count VIII

We, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

Not Guilty _____

Guilty _____ ✓ _____

as to Count VIII of the Indictment.

## COUNT IX

With respect to Count IX part (a), we, the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

Not Guilty _____

Guilty _____ ✓ _____

as to Count IX part (a) of the of the Indictment.

With respect to Count IX part (b), we the Jury find the defendant, **EVELYN CECELIA BOZON PAPPA**,

Not Guilty _____

Guilty _____ ✓ _____

as to Count IX part (b) of the Indictment.

**So say we all.**

March 11, 1997
DATE

_[signature]_
FOREPERSON