Case # 95CR84 ∖

17946 SW 10th Lane
Pembroke Pines, FL 33029

Joan A. Lenard
US Federal Court Building
301 N. Miami Ave.
Miami, FL 33128-7788



Dear Honorable Judge Lenard:

My name is Jose D. Irizarry and I am the son of Luis R. Castro. I know that when you are given a case they present you with all the information you need to make your decision. The only problem is that the information may not always give you a clear picture of the true person. That is why, with all the respect in the world, I would like to take this opportunity to tell you a little bit about my father and what he means to me.

Judge Lenard, as you well know there is no such thing as a perfect person; but I would like to think that my dad is as close as they come. When I was seven my mom and I were very fortunate to meet my dad. He immediately took me in as his son and he never treated me any less; even after my sister was born. He loved me and provided a very stable family life. He has always been a respectable, responsible, and dedicated man and father. He lives his life with the goal of giving my sister and I everything we need.

In my heart I know that his dedication and his love for me is why I am successful today. His example of hard work is what I admire; and it is what motivated me to do well in life and in Pharmacy School at FAMU (3.5 GPA).

I believe that his loyalty not only to my sister and I, but to his job, prove the kind of man he is. As you probably know my dad worked for United Airlines for 30+ years.

Judge Lenard I would ask that you please take into consideration that my dad has two kids that adore him very much and in the near future a grandchild

Case # 95CR84

that will need a grandfather.  We need him because he is the pillar of our family.

I am not asking for the system not to punish him, because I know that would not be fair.  All I am asking for is a second chance.  I think that everyone makes mistakes, this was his mistake.  And not only is he doing his time at the camp; but emotionally and mentally he has done his time.  All I would ask for is that his time be reduced.

Judge Lenard I would like to Thank You for taking time out of your busy schedule to read my letter. I trust in you and the system to do what is fair and right at the end.

Sincerely yours,

Jose D. Irizarry

Jose D. Irizarry

C.C.:  Hon. Judge Ursula Ungaro-Benages
       Ms. Jacqueline Arango USDA
       Ms. Bonnie Williams P.D.

Jose D. Irizarry
17946 S.W. 10th Lane
Pembroke Pines, FL 33029

Hon. Judge Joan A. Lenard
US Federal Court Building
301 N. Miami Ave.
Miami, FL 33128-7788



