**Medical Declaration regarding the Medical Care of Evelyn Cecilia Bozon Pappa, Detained Immigrant at the Federal Correctional Institution Tallahassee**
**Reviewer: William Weber, MD, MPH**

1. I am an emergency physician licensed to practice in the States of Illinois and Wisconsin, practicing in the Emergency Department at the University of Chicago Medical Center. I am a Clinical Associate of Emergency Medicine at the University of Chicago as well as a Fellow in International Emergency Medicine. I have practiced emergency medicine for three years and have taught medical students and residents.

2. I am a graduate of the Northwestern University Feinberg School of Medicine. I completed a residency in emergency medicine at the University of Chicago. This residency provided extensive experience in history taking and physical examination of adults and children. In my routine clinical care, I evaluate and treat patients with a wide variety of medical and psychiatric conditions, including patients under the custody of law enforcement agencies. I also completed a Master's Degree in Public Health at Northwestern University, where I focused on public safety and the epidemiology of disease.

3. I am a subcommittee chair on the American College of Emergency Physicians (ACEP) Public Health and Injury Prevention Committee and have served on the committee since 2018. The American College of Emergency Physicians is the largest organized body of emergency physicians in the United States. Our committee writes national practice and policy statements pertaining to public safety and emergency care, including the care of detained immigrants. In 2019, I co-authored a position statement about the care of children detained in the United States.

4. I have worked on the national level to guide care within the pandemic of the novel SARS-CoV-2 virus (COVID-19) including co-authoring a paper on criteria for initiating cardiopulmonary resuscitation (CPR) on critically-ill patients with COVID-19, co-authoring a book chapter in the ACEP national COVID-19 manual, and co-authoring content for a World Health Organization (WHO) course on COVID-19 management and infection control strategies. I practice in Cook County, the county with the third highest number of COVID-19 cases in the United States as of March 10, 2021. During this pandemic, I have gained significant experience in the clinical care of patients infected with COVID-19, from those with mild disease to those requiring mechanical ventilation.

5. I have prepared my review of the medical care on behalf of Evelyn Cecilia Bozon Pappa's legal team. Evelyn Pappa is not my patient, nor have I had the opportunity to speak with her directly or conduct a physical exam. I do not have authority over Evelyn Pappa's direct medical treatment or diagnosis.

6. I have received no remuneration for my time reviewing this case or preparing this declaration; I have done so as a volunteer. Based on my review of 100 pages of Evelyn Pappa's medical records, I certify that the following declarations are true and correct under penalty of perjury:

**Brief Overview of COVID-19**
7. The COVID-19 pandemic is a pressing public health and humanitarian disaster. The SARS-CoV-2 coronavirus attacks multiple organ systems in the body and can lead to life threatening effects such as respiratory failure, inflammation of the heart muscle, and blood clots in the lungs. The risks are increased in people with preexisting health problems like high blood pressure, obesity, or diabetes. The United States Centers for Disease Control and Prevention (CDC) report that the average fatality rate for those infected with COVID-19 in the United States falls between 1.8-3.4%, but can climb to higher than 10% for those with high risk medical conditions.[1]

**Prisons**
8. The National Commission on Covid-19 and Criminal Justice found that the positivity rate for the coronavirus in state and federal prisons is more than four times that of the non-incarcerated population.[2] When adjusting for age and ethnicity, incarcerated individuals are twice as likely to die due to complications from COVID-19 as non-incarcerated individuals.[3] An American Journal of Preventive Medicine study highlighted that the incarcerated are "less able to perform self-protective behaviors" such as social distancing, wearing masks and PPE, and practicing hand washing and other hygienic measures.[4]

9. Prisons are congregate environments, places where people live and sleep in close proximity. In such environments, infectious diseases that are transmitted via the air or touch are more likely to spread. This environment presents an increased risk for the spread of COVID-19 if and when it is introduced into a facility. Thus, Evelyn Pappa is (a) at an increased risk of being infected with

---

[1] CDC COVID-19 Response Team, *Severe Outcomes Among Patients with Coronavirus Disease 2019 (COVID-19) -- United States, February 12-March 16, 2020*, CDC (Mar. 27, 2020) https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6912e2-H.pdf
[2] Kevin T. Schpel, *COVID-19 in U.S. State & Federal Prisons*, The Natl. Commission on Covid-19 & Crim. Jus. (Sept. 2020) cdn.ymaws.com/counciloncj.org/resource/resmgr/covid_commission/FINAL_Schnepel_Design.pdf.
[3] Kevin T. Schpel, *COVID-19 in U.S. State & Federal Prisons*, The Natl. Commission on Covid-19 & Crim. Jus. (Sept. 2020) cdn.ymaws.com/counciloncj.org/resource/resmgr/covid_commission/FINAL_Schnepel_Design.pdf.
[4] Julie A. Ward, et. al, *COVID-19 Cases Among Employees of U.S. Federal & State Prisons*, Am. J. Preventative Medicine (Feb. 22, 2021), https://www.ajmonline.org/article/S0749-3797(21)00118-5/fulltext.

the virus that causes COVID-19, and (b) at increased risk of becoming seriously ill if she becomes infected.

**Evelyn Pappa's Risk of Severe COVID-19 Due to Prior Medical Conditions**
**Obesity**

10. Evelyn Pappa is affected by obesity. Obesity is classified based on the body mass index (BMI), a ratio of height to weight. The CDC classifies people on a scale from underweight to severely overweight based on their BMI. Evelyn Pappa's BMI is 34.1 (2020-11), which meets the criteria for obesity and is over 40lb above the upper limit of her ideal body weight.[5] Her condition puts her at risk of developing numerous complications.

11. Evelyn Pappa's obesity puts her at higher risk of death if she were to contract COVID-19. Patients with obesity have worse outcomes in general from infection with COVID-19, including severe disease and death.[6] The mechanism behind this is not fully clear at this time, but increased work of breathing from the extra tissue and decreased baseline fitness are possible reasons. Her weight also puts her at higher risk of developing other metabolic disorders such as diabetes and high cholesterol.

12. Obesity likely also decreases the effectiveness of the COVID-19 vaccine. Prior literature demonstrates decreased effectiveness of vaccines in people with obesity, owing to decreased antibody production. This decrease in antibody production can make vaccines less effective for those with obesity. For instance, those with obesity who receive the flu vaccine are twice as likely to get the flu as those without obesity who receive the flu vaccine.[7] Due to the lack of long term data, the precise effects of obesity on the COVID-19 vaccine immune response is not known. However, preliminary data suggest that those with obesity produce fewer antibodies in response to the vaccine.[8] Antibodies help the body identify and attack COVID-19 and a lower level of antibodies could mean a decreased ability of the body to respond to exposure to the virus. This means that Ms. Pappa likely has a lower protective effect from the vaccine.

**Hypertension**

13. Evelyn Pappa has hypertension (high blood pressure) , which puts her at a higher risk of death from COVID-19. Patients with hypertension have worse outcomes in general from

---

[5] CDC, *Defining Adult Overweight and Obesity* (Mar. 3, 2021) https://www.cdc.gov/obesity/adult/defining.html.
[6] Arthur Simonnet et al. *High Prevalence of Obesity in Severe Acute Respiratory Syndrome Coronavirus-2 (SARS-CoV-2) Requiring Invasive Mechanical Ventilation*, Obesity (Silver Spring) (July 2020), https://pubmed.ncbi.nlm.nih.gov/32271993.
[7] Scott D. Neidich et al., *Increased Risk of influenza Among Vaccinated Adults Who are Obese*, Int'l J. of Obesity (Lond) (2017), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5585026.
[8] Raul Pellini et al. *Obesity May Hamper SARS-CoV2 Vaccine Immunogenicity*, medRxiv (Feb. 26. 2021), https://www.medrxiv.org/content/10.1101/2021.02.24.21251664v1.full.pdf.

infection with COVID-19. The mechanism behind this is not fully clear at this time, but the virus uses the ACE-2 receptor to get into the cells of the body and the ACE-2 receptor also plays a large role in managing blood pressure.[9] The CDC found that patients with a comorbid condition like hypertension had a 19.5% risk of dying from COVID-19 compared to a 1.6% chance if patients did not have an underlying medical condition.[10] This raises Evelyn Pappa's risk of dying from COVID-19 infection by over 10 times compared to the average American without underlying medical conditions.

**Prior Smoking**
14. Her legal team reports that Evelyn Pappa is a former smoker, which may put her at a higher risk of severe illness from COVID-19. According to the WHO, "available evidence suggests that smoking is associated with increased severity of disease and death in hospitalized COVID-19 patients."[11] Smoking is known to cause damage to the lungs, which can make it harder for the lungs to recover from injury.

**Age**
15. Ms. Evelyn Pappa's age also puts her at higher risk of severe illness and death from COVID-19. As age increases, the risk of complications from COVID-19 also increases. According to the CDC, a 59-year-old, has a risk of hospitalization that is 25 times higher than that of a reference group of a 5-17-year-olds.[12] A 59-year-old has a risk of death that is 400 times higher than that of the 5-17-year-old reference group.

**Variants**
16. Ms. Evelyn Pappa was able to receive a Moderna COVID-19 vaccination (2021-25). While this decreases her risk of severe illness or death from COVID-19, her weight likely decreases the effectiveness of the vaccination, as discussed previously. Furthermore, there are several new variants of COVID-19 that are circulating in the US and as of March 11th, 2021, Florida has the most variant cases of any state.[13] Studies of the U.K. and South Africa COVID-19 variants

---

[9] Arjun Kanwal et al. COVID-19 and Hypertension: What We Know and Don't Know, Am. Col. of Cardiology (July 6, 2020), https://www.acc.org/latest-in-cardiology/articles/2020/07/06/08/15/covid-19-and-hypertension.

[10] Erin. K. Stokes et al., *Coronavirus Disease 2019 Case Surveillance — United States, January 22–May 30, 2020*, CDC Morbidity and Mortality Weekly Report (June 19, 2020), https://www.cdc.gov/mmwr/volumes/69/wr/mm6924e2.htm#T3_down.

[11] WHO, *Smoking and COVID-19*, WHO Scientific Brief (June 30, 2020), https://www.who.int/news-room/commentaries/detail/smoking-and-covid-19.

[12] cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-age.html

[13] CDC, US COVID-19 Cases Caused by Variants, CDC (Updated Mar. 9, 2021), https://www.cdc.gov/coronavirus/2019-ncov/transmission/variant-cases.html.

suggest they may be more contagious,[14] more deadly[15] and even resistant to vaccines.[16] The variants have been linked to significant outbreaks when introduced in correctional facilities.[17]

**Conclusion**

17. Evelyn Pappa has numerous medical conditions that put her at a high risk of death or severe illness from COVID-19 infection. Her hypertension, obesity, and age raise her risk of dying by many times compared to the general population. Furthermore, her obesity may decrease the effectiveness of her COVID-19 vaccine and her location in Florida puts her at high risk of being exposed to COVID-19 variants that may be resistant to the vaccine as well. Due to her medical conditions and high risk of exposure to COVID-19, I recommend considering other living arrangements that would put her at lower risk of exposure and severe sickness from COVID-19.

William Weber, MD, MPH                                                                                       3/11/2021

---

[14] *About Variants of the Virus that Causes COVID-19*, Centers for Disease Control and Prevention (Feb. 12, 2021), https://www.cdc.gov/coronavirus/2019-ncov/transmission/variant.html.

[15] James Gallagher, *Coronavirus: UK Variant 'May be More Deadly'*, BBC (Jan. 22, 2021), https://www.bbc.com/news/health-55768627 (Scientists with the British government estimate that the U.K. COVID-19 variant is around 30% deadlier than the original virus.).

[16] Carolyn Y. Johnson & William Wan, *Mutated Virus May Reinfect People Already Stricken Once with Covid-19, Sparking Debate and Concerns*, WashPost (Feb. 5, 2021; 7:33 P.M.), https://www.washingtonpost.com/health/2021/02/05/virus-variant-reinfection-south-africa/.

[17] Angie Jackson, *Michigan Prison System's Coronavirus Variant Cases More Than Triple*, Detroit Free Press (Feb. 27, 2021; 6:02 A.M.), https://www.freep.com/story/news/local/michigan/2021/02/27/uk-covid-variant-michigan-prison/6833376002/.